Carpenter *verf.* Fairfervice.

Prefent:

All the 4 Judges.

ASSUMPSIT upon a Note of Hand, payable upon Demand. Thefe Words "~~in one Month~~" were thus dafhed out.

*Mr. Auchmuty* objected, that the Note thus erafed did not fupport the Declaration; therefore not Evidence to fupport it; and prayed Judgment whether it fhould go in.

A Witnefs was fworn, who declared, he wrote the Note, and gave a Reafon why thofe Words were inferted, and faid they had, fince the figning of Fairfervice, been erafed.

*Mr. S. Quincy*, to what Mr. Auchmuty had objected, reply'd, that the Jury were Judges of this Matter, and would determine whether the Razure was before, or after figning.

The Point was not much laboured on either Side: And *Juftices Oliver & Lynde* were of Opinion, that, as the Note did not fupport the Declaration, it fhould not go in as Evidence.

*The Chief Juftice & Juftice Cufhing* were full for the Cafe, with all its Circumftances to be left to the Jury.

1767.

CARPENTER
*v.*
FAIRSERVICE.

Rec. 1767.
Fol. 196.

Whether a Promiffory Note in which the Words " in one Month " appear to have been erafed is admiffible in Support of a Declaration on a Note payable on Demand, in Connexion with Evidence that the Alteration was made after Execution — *quære*.

1767.

CARPENTER
v.
FAIRSERVICE.

Jury. And the *Chief Justice* said, that surely the Court could not determine the Weight of the Evidence of the Witness; but that the Jury are the sole Judges of the Credibility of this Witness, upon whose Testimony alone it rests, whether this Razure was before or after signing.* (1)

*The Court* being divided, the Plaintiff discontinued, paying Costs.

      * Vid. *Norwood* vs. *Fairservice*, ante, p. 189.

---

(1) The question as to the time when an alteration of a written instrument was made, is for the jury. 6 Gray, 442. 20 Vermont, 205. 11 New Hampshire, 395.